**Continuing Abatement Order filed December 11, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00668-CR

_____

**RICARDO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1391842**

## CONTINUING ABATEMENT ORDER

This appeal was abated on October 9, 2015, for the trial court to make written findings of fact and conclusions of law on the voluntariness of appellant's statement. By letter dated November 10, 2015, the trial court informed this court it made such findings and conclusions and dictated them into the reporter's record.

The trial court is directed to include those findings in a supplemental clerk's record to be filed with the clerk of this court on or before **December 31, 2015**.

The appeal remains abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party.


PER CURIAM